COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Dmitrc Ian Burnes
Burnes & Burnes
P. O. Box 650
Alexandria LA 71309-0650

**REHEARING ACTION: December 21, 2011**

**Docket Number: 11   00246-KA**

**STATE OF LOUISIANA**
**VERSUS**
**DAVID LYNN SAUCIER**

**Appealed from Rapides Parish Case No. 297,729**

**BEFORE JUDGES:**

> **Hon. Sylvia R. Cooks**
> **Hon. Oswald A. Decuir**
> **Hon. Jimmie C. Peters**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **David Lynn Saucier** has this day been

> **DENIED.**

cc: James C. Downs, Counsel for the Appellee